UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

```
* * * * * * * * * * * * * * * * * * * * * * * * * *
                                                  *
SHANNON AND WILLIAM POWERS, Parents               *
and Natural Guardians of L.P., a Minor            *    Case No.
14990 State Route 104                             *
Ashville, Ohio 43103                              *
                                                  *    Judge
            Plaintiffs,                           *
                                                  *
    V.                                            *
                                                  *
Merck & Co., Inc.                                 *
One Merck Drive                                   *
P.O. Box 100                                      *
Whitehouse Station, NJ 08889-0100                 *
 c/o CT Corporation System                        *
1300 N. Ninth St.                                 *
Cleveland, Ohio 44114                             *
                                                  *
            and                                   *
                                                  *
Merck Sharp & Dohme Corp.                         *    **JURY DEMAND ENDORSED**
2000 Galloping Hill Rd.                           *    **HEREON**
Kenilworth, New Jersey                            *
c/o CT Corporation System                         *
1300 N. Ninth St.                                 *
Cleveland, Ohio 44114                             *
                                                  *
            Defendants                            *
                                                  *
* * * * * * * * * * * * * * * * * * * * * * * * * *
```

COMPLAINT

## GENERAL ALLEGATIONS:

1. Plaintiffs' Complaint is seeking damages for injuries received by their minor daughter, L. P., as a result of her being injected with Defendants' defective and negligently manufactured Gardasil vaccine.

2. Plaintiffs Shannon and William Powers, Parents and Natural Guardians of L.P., a minor,

1

were, at all pertinent times stated herein, residents of Ashville, Pickaway County, Ohio.

**3.** Defendant Merck & Co., Inc., and its wholly-owned subsidiary, Merck Sharp & Dohme Corp., manufacturers of Gardasil, were foreign corporations conducting business in Pickaway County, Ohio, and throughout the entire United States of America. Defendants will hereinafter be referred to jointly as Merck & Co.

**4.** This Court has jurisdiction of the case, as Plaintiffs are seeking damages in excess of $75,000.00.

**5.** Venue is proper in this Court because the conduct from which this cause of action arises occurred in Franklin County, Ohio at Children's Hospital Adolescent Clinic, located in Columbus, Ohio, and Defendants Merck & Co. transact business there.

**SUBSTANTIVE ALLEGATIONS:**

**6.** L.P., born 4/7/1999, was age 11 at the time, when she and her parents followed her doctor's advice and agreed to have her receive her first injection of the human papillomavirus (HPV) Gardasil on 3/30/11. The first injection was from (LOT # 1437Z) which, several years later Plaintiffs, found had been contaminated. Almost immediately after the first injection, L.P. began to experience stomach pain, bloating, feeling full, nauseated and bladder infection-like symptoms and as time passed the symptoms worsened, and she began to suffer additional symptoms of insomnia, night sweats, day sweats, and chills. She did receive a second injection was on 8/8/11 (LOT # 1271Z), and a third injection on 12/12/11(LOT# 1261AA), but there is no claim being made for any injury due to the last two injections, as they were covered by the National Vaccine Act and those 2 claims were dismissed based on the 3 year Statue of Limitations under the Vaccine Act. Likewise, the claim filed directly against the Manufacturer for injuries due to all three of the Gardasil injections was dismissed by this Court on the legal basis that the 3 year Statue of Limitations of the National Vaccine Act preempts Ohio's longer Statue of Limitations for minors.

7. Lot #1437Z was only one Lot out of 13 Lots found to be contaminated according to research of Dr. Sin Hang Lee and other laboratories around the world. Those Lots were found to have caused injury to girls in nine different countries around the world.

8. Lot # 1437Z and the other 13 contaminated Lots around the world, were as a result of Merck & Co. intentionally adding to their formula "viral HPV DNA", which prior to 2011 Merck & Co. had not added to their formula and stated in their package inserts that there was "no viral DNA" included in Gardasil. Once they intentionally added the "viral HPV DNA" they, without explanation of purpose, removed the phrase "no viral DNA" from their package inserts, which demonstrates that Merck & Co. intentionally added the "viral HPV DNA", which resulted in the contamination.

**9.** As time passed, L.P. developed headaches, fatigue, fever, light sensitivity, blurred vision, personality changes, back pain, itchiness, dizziness, chest pains, racing heart, spasms in her limbs, tingling and numbness in the hands and feet, chronic pain, amenorrhea, confusion, and

other mental abnormalities, all of which are asserted to be caused by the contaminated lot # (1437Z) Gardasil vaccine.

**10.** At the time of the first injection, L.P. was 11 years old and is currently 17 years old. Age of majority in the State of Ohio is 18, therefore, L.P's. Statue of Limitations will begin to run, only after she turns 18. (O.R.C. 2305.16)

**11.** Prior to her first Gardasil injection, L.P. had enjoyed good health, was a 3.75 GPA student, and was an avid softball player. She did have surgery, shortly before the 3/30/2011 Gardasil injection, when her doctor found she had a twisted and necrotic ovary.

**12.** For over three years, L.P.'s doctors repeatedly told she and her mother that her continuing symptoms were just post-operative symptoms, and later told them they were part of a young girl's developmental problems of becoming a woman. They relied on their doctors' diagnosis for over three years. As a result, their Petition, under the National Vaccine Act, was dismissed, as being untimely filed, pursuant to the National Vaccine Act three-year Statute of Limitations.

**13.** L.P.'s symptoms worsened to such a degree, Shannon Powers sought other medical advice from a doctor who had experience in vaccine adverse reactions. He examined L.P. on 11/20/14 and has written a report opining that "she is vaccine injured." L.P.'s mother found medical literature regarding a finding of contamination of Gardasil in nine different countries, and unfortunately found, one of the listed Gardasil contaminated lots was Gardasil Lot #1437Z, which is the lot number of L.P.'s first injection of Gardasil on 3/30/11. Said conditions were directly and proximately caused by that Gardasil injection and are permanent.

**14.** Plaintiffs contend Gardasil is the only probable cause of the physical injuries from which L.P., has been and continues to suffer since the first Gardasil injection.

**15.** The conditions have continued for over five years, and thus, are presumed to be permanent. L.P. is now only 17 years old, with a reasonable life expectancy, according to the U.S. Life Expectancy Tables, of over 60 years.

**16.** L.P. faces continuing severe symptoms and the need for continuing medical care and medication, resulting medical bills, and reduction of her educational and earning capacity, which losses appear now to be permanent.

**17.** Under the Federal National Vaccine Act 42 USC Section300aa-33, "vaccine-related injury or death" does not include an illness, injury, condition, or death associated with an **adulterant or contaminant intentionally added to such a vaccine.** Because Lot # 1437Z was contaminated and caused injury to L.P., her injuries are not covered by the National Vaccine Act for that particular Lot # 1437Z.

**18.** This action arises from Defendants' course of conduct in designing, manufacturing, distributing, and selling defective Gardasil Lot # 1437Z, which caused injury and damages to Plaintiff, L.P., a minor.

3

**COUNT ONE (STRICT LIABILITY)**

**19.** Plaintiffs hereby incorporate by reference paragraphs 1 through 18, as if fully restated herein.

**20.** Defendant Merck & Co., Inc., and Defendant Merck Sharp & Dohme Corp., a subsidiary of Merck & Co. Inc., at all times material to this action, designed, manufactured, distributed and/or sold Gardasil Vaccine and placed such product into the market.

**21.** The defective Gardasil lot# 1437Z was designed, manufactured, distributed, and/or sold by Defendants and were defective and unreasonably dangerous.

**22.** The defective Gardasil reached Plaintiff, L.P., without substantial change in the condition in which the products were designed, manufactured, distributed, and/or sold by Defendants.

**23.** Defendants owed a duty of care to Plaintiffs to manufacture, distribute and sell Gardasil that was free from defects and fit for their intended purposes.

**24.** Defendants breached this duty to Plaintiff by selling Gardasil vaccines that were not free from defects and not fit for their intended purposes.

**25.** Plaintiffs used the Gardasil in the manner that was intended and expected by Defendants.

**26.** The defect in the Gardasil lot # 1437Z directly and proximately caused injury to L.P. and thereby caused Shannon and William Powers, Parents and Natural Guardians of L.P., a minor, to suffer medical expenses, and for L.P. to suffer a reduction of her educational and earning capacity, permanent pain and suffering, and other damages.

**COUNT TWO (NEGLIGENCE)**

**27.** Plaintiff repeats the allegations set forth above in paragraphs 1 through 26, as if fully restated herein.

**28.** Defendants owed a duty to Plaintiff to design, manufacture, distribute and/or sell Gardasil that was safe and to warn Plaintiff of any defects in the vaccine.

**29.** Defendants breached its duty to Plaintiff by designing, manufacturing, distributing and/or selling Gardasil that was defective, and by failing to warn them of said defect.

**30.** Defendants' breach directly and proximately caused injury to L.P. and thereby caused Shannon and William Powers, Parents and Natural Guardians of L.P., a minor, to suffer medical expenses, and for L.P. to suffer a reduction of her educational and earning capacity, permanent pain and suffering, and other damages.

4

WHEREFORE:

Plaintiffs, for **Count One for Strict Liability**, demand compensatory damages against Defendants Merck & Co. in excess of the jurisdictional amount of SEVENTY FIVE THOUSAND DOLLARS ($75,000.00).

Plaintiffs, for **Count Two Negligence,** demand compensatory damages against Defendants Merck & Co. in excess of the Jurisdictional amount of SEVENTY FIVE THOUSAND DOLLARS ($75,000.00).

Respectively submitted,

*/s/ James B. Blumenstiel*

Attorney James B. Blumenstiel
Counsel of Record for Plaintiffs
BLUMENSTIEL FALVO LLC
4242 Tuller Rd.- Ste. B-1
Dublin, OH 43017
(614) 475-9511 Phone
(614) 475-0348 Fax

**DEMAND FOR JURY TRIAL**

Plaintiff demands a trial by jury on all issues.

5