**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Shannon Powers, *et al.*,  Case Number  2:17cv268

vs.

Merck & Co., Inc., *et al.*,  **Judge Michael H. Watson**

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the September 13, 2018 Opinion and Order, the Court GRANTS Defendants' Motion to Dismiss.

Date: **September 13, 2018**     Richard W. Nagel, Clerk

　　　　　　　　　　　　　　　　　　　  s/ Jennifer Kacsor
　　　　　　　　　　　　　　　　　　　By Jennifer Kacsor/Courtroom Deputy